Adam M. Silverstein (197638)
CAVALLUZZI & CAVALLUZZI
9200 Sunset Boulevard, Suite 807
Los Angeles, California 90069
Telephone: (310) 246-2601
Facsimile: (310) 246-2606
Email: adam@cavalluzzi.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOES 1-10, <br><br> Defendants. | Case No. 2:12-cv-01675-PA-VBK <br><br> **PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF DOE 4 ONLY** |

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 4 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntary dismisses Defendant from this action with prejudice. John Doe 4 was assigned the IP Address 68.5.228.65. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Case No.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Respectfully submitted,

By: /s/ *Adam M. Silverstein*

Adam M. Silverstein (197638)

CAVALLUZZI & CAVALLUZZI

9200 Sunset Boulevard, Suite 807

Los Angeles, California 90069

Telephone: (310) 246-2601

Facsimile: (310) 246-2606

Email: adam@cavalluzzi.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Adam M. Silverstein*

Adam M. Silverstein

Case No.